Richard Gunnerson (USB No. 10862)
Brad G. DeHaan (USB 8168)
Brigham Lundberg (USB 12583)
LUNDBERG & ASSOCIATES
3269 South Main Street, Suite 100
Salt Lake City, Utah 84115
Telephone:  (801) 263-3400

Attorneys for Defendants *eTitle Insurance Agency, Kent W. Plott, Lori King and Tom Cook*

L&A Case No. 11-07424/GA

UNITED STATES DISTRICT COURT
THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JON W. SCOTT, KARI S. SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br>C/O John Stumph, JOHN STUMPH<br>420 Montgomery Street<br>San Francisco, CA 94163<br><br>eTitle Insurance Agency<br>Kent W. Plott<br>Lori King<br>Tom Cook<br>3269 South Main Street, Suite 100<br>Salt Lake City, Utah 84115<br><br>Defendants. | DEFENDANTS ETITLE INSURANCE AGENCY, KENT W. PLOTT, LORI KING AND TOM COOK'S MOTION TO DISMISS<br><br><br><br><br><br><br><br><br><br><br>Civil No. 1:11-CV-00009-TC<br><br>Judge Tena Campbell |

Defendants eTitle Insurance Agency ("eTitle"), Kent W. Plott, Lori King and Tom Cook by and through counsel, hereby move the Court for an order dismissing all claims alleged in Plaintiffs' Complaint against Defendants for failure to state a claim upon for which relief may

This Motion is accompanied by Defendants' Memorandum in Support of Motion to

Dismiss.

DATED this 25th day of February, 2011

LUNDBERG & ASSOCIATES


By: /s/ Richard Gunnerson
Richard Gunnerson
Brad G. DeHaan
Brigham Lundberg
Attorneys for Defendants
*eTitle Insurance Agency, Kent W. Plott,*
*Lori King and Tom Cook*


## CERTIFICATE OF MAILING

The undersigned certifies that on the 25th day of February, 2011 a copy of the

foregoing Motion to Dismiss was mailed to the following:

Jon W. Scott
374 North 970 East
Logan, Utah 84321

Kari S. Scott
374 North 970 East
Logan, Utah 84321


/s/ Richard Gunnerson